No. 74–1495. SHEFNER v. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 8th Cir. Certiorari denied.

No. 74–1496. LOCAL 203, GRAPHIC ARTS INTERNATIONAL UNION, AFL–CIO v. COLONIAL PRESS, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 74–1498. WILLIAMS v. STERRETT, JUDGE. C. A. 5th Cir. Certiorari denied.

No. 74–1500. McCORD ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–1502. AVNET, INC. v. FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 74–1503. KECKEISEN v. INDEPENDENT SCHOOL DISTRICT 612, GLENWOOD, MINNESOTA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 74–1504. BAGLEY PRODUCE, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 74–1506. FISHER ET AL. v. CITY OF SYRACUSE ET AL. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 74–1525. ALUMINUM COMPANY OF AMERICA ET AL. v. WOODS EXPLORATION & PRODUCING CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.